No. 726. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* NERI, DEFENDANT AND APPELLANT.—

No. 719. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* MANQUAL, DEFENDANT AND APPELLANT.—

No. 722. The People, Plaintiff and Respondent, v. Va-lle, Defendant and Appellant.—

No. 721. The People, Plaintiff and Respondent, v. Báez, Defendant and Appellant.—

No. 720. The People, Plaintiff and Respondent, v. Avi-ñón, Defendant and Appellant.—

Appeals from the District Court of Mayagüez in prosecutions for violations of the Election Law. Decided November 23, 1914. Judgments affirmed. *Mr. Salvador Mestre, fiscal,* for The People. The accused did not appear.